# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 79083-8-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ALAN MULLINS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: NOV 1 8 2019 |
| | ) | |

PER CURIAM — Michael Mullins appeals the financial obligations imposed following his conviction for second degree incest. He contends, and the State concedes, that the $200 criminal filing fee and $250 jury demand fee should be stricken from his sentence in light of his indigence, recent legislative amendments, and State v. Ramirez, 191 Wn.2d 732, 746-50, 426 P.3d 714 (2018). We accept the State's concession and remand for the trial court to strike the filing and jury demand fees from Mullins' judgment and sentence.

FOR THE COURT:

Leach, J.

Andrus, J.